**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BMO BANK, N.A.,

Plaintiff,

Case No. 8:26-cv-510-TPB-SPF

SCOTT DONALDSON,

Defendant.
_____________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on September 16, 2026. (Doc. 15). Judge Flynn recommends that "Plaintiff's Motion for Default Judgment Against Defendant Scott Donaldson" (Doc. 14) be granted. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and

recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's well-reasoned report and recommendation, the Court adopts the report and recommendation in its entirety.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 15) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Motion for Default Judgment Against Defendant Scott Donaldson" (Doc. 14) is **GRANTED**.

(3) The Clerk of Court is directed to enter final default judgment in favor of Plaintiff BMO Bank, N.A., and against Defendant Scott Donaldson, in the amount of $443,755.56, plus interest occurring at a rate of 18% *per annum* from January 29, 2026, through the date of entry hereof.

(4) Plaintiff BMO Bank, N.A. is awarded attorneys' fees in the amount of $2,469.50 and costs in the amount of $405.00.

(5) Following the entry of judgment, the Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 15th day of October, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE